66021069

**United States District Court**
**Violation Notice**
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| U12 | 09821210 | DFC Pius | 5297 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense 2100 | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/24/21 | 18 USC 113(a)(4) |

Place of Offense

SLC VA-2 EAST

Offense Description: Factual Basis for Charge          HAZMAT ☐

Assault by striking, beating, or wounding

**DEFENDANT INFORMATION**

Last Name
MORGAN          MICHAEL

Street Address
███████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address 351 S WEST TEMPLE          Date 12/15/2021
SALT LAKE CITY, UT
84101          Time 2PM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*09821210*

CVB SCAN 11/01/2021 16:21

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 10/24, 20 21 while exercising my duties as a law enforcement officer in the Central District of Utah

See attached PC Statement.

The foregoing statement is based upon:

☐ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/27/2021    _____ (Officer's Signature)
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/01/2021 16:21